JENNIFER M. MIKULINA
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL  60606-5096
Telephone:     312.372.2000
Facsimile:      312.984.7700
jmikulina@mwe.com

Attorneys for Defendant
INTELSAT CORPORATION

RECEIVED

2011 JUL 29  P 1: 38

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CAL. SAN JOSE

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GLOWLINK COMMUNICATIONS TECHNOLOGY, INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>INTELSAT CORPORATION, a Delaware corporation,<br><br>            Defendant. | CASE NO.  5:11-CV-02984-LHK (HRL)<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF JENNIFER M. MIKULINA FOR ADMISSION *PRO HAC VICE* |

Jennifer M. Mikulina, whose business address and telephone number is McDermott Will and Emery LLP, 227 West Monroe Street, Chicago, IL, 60606-5096, 312-372-2000, and who is an active member in good standing of the bar of the State of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the Defendant, Intelsat Corporation.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

1   will constitute notice to the party. All future filings in this action are subject to the requirements

2   contained in General Order No. 45, Electronic Case Filing.

3   **IT IS SO ORDERED.**

4

5   Dated: September 29, 2011

    *Lucy H. Koh*

    Lucy H. Koh
    United States District Court Judge

6   DM_US 29419763-1.059261.0045

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDermott, Will & Emery
Attorneys At Law
Los Angeles

- 2 -

*PRO HAC VICE* APPLICATION FOR JENNIFER M. MIKULINA