JENNIFER M. MIKULINA
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: 312.372.2000
Facsimile: 312.984.7700
jmikulina@mwe.com

Attorneys for Defendant
INTELSAT CORPORATION

RECEIVED
2011 JUL 29 P 1:38
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
ND CA-SAN JOSE

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GLOWLINK COMMUNICATIONS TECHNOLOGY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTELSAT CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 5:11-CV-02984-LHK (HRL)<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF JENNIFER M. MIKULINA FOR ADMISSION *PRO HAC VICE* |

Jennifer M. Mikulina, whose business address and telephone number is McDermott Will and Emery LLP, 227 West Monroe Street, Chicago, IL, 60606-5096, 312-372-2000, and who is an active member in good standing of the bar of the State of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the Defendant, Intelsat Corporation.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

**IT IS SO ORDERED.**

Dated: September 29, 2011

*[signature: Lucy H. Koh]*

Lucy H. Koh
United States District Court Judge

DM_US 29419763-1.059261.0045

PRO HAC VICE APPLICATION FOR JENNIFER M. MIKULINA