JOHN J. CALANDRA
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Telephone: 212.547.5400
Facsimile: 212.547.5444
jcalandra@mwe.com

RECEIVED
2011 AUG -2 A 10: 56

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. CA. SAN JOSE

Attorneys for Defendant
INTELSAT CORPORATION

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLOWLINK COMMUNICATIONS TECHNOLOGY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTELSAT CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 5:11-cv-02984-LHK (HRL)<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF JOHN J. CALANDRA FOR ADMISSION *PRO HAC VICE* |

John J. Calandra, whose business address and telephone number is McDermott Will and Emery LLP, 340 Madison Avenue, New York, NY, 10173-1922, 212-547-5400, and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the Defendant, Intelsat Corporation.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application

---

[PROPOSED] ORDER *PRO HAC VICE* APPLICATION FOR JOHN J. CALANDRA

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, Electronic Case Filing.

**IT IS SO ORDERED.**

Dated: September 29, 2011

_Lucy H. Koh_
Lucy H. Koh
United States District Court Judge

DM_US 29419757-1.059261.0045

McDermott, Will & Emery
Attorneys At Law
Los Angeles